# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 557 MAL 2017
:
               Respondent  :  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
            v.  :
:
:
:
JESSE RAY BUSH,  :
:
               Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.